UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. CROUNSE, et al.,<br><br>　　　　Defendants. | 1:19-cv-00550-NONE-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S MOTION (ECF No. 14.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A NEW CONSENT/DECLINE FORM** |

　　　　William Rouser ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on April 22, 2019, at the Sacramento Division of the United States District Court for the Eastern District of California.  (ECF No. 1.)  On April 29, 2019, the case was transferred to the Fresno Division.  (ECF No. 4.)  On May 9, 2019, Plaintiff submitted the court's consent/decline form, **declining** the jurisdiction of a Magistrate Judge in this case.  (ECF No. 9.)

　　　　On June 12, 2020, Plaintiff filed a "Motion to Rescind Request of District Judge to Hear Case."  (ECF No. 14.)  In the motion Plaintiff requests "to finally process this case to give Plaintiff a Magistrate Judge in this case."  (Id.)

　　　　Plaintiff is advised that both a district judge and magistrate judge are currently assigned to this case.  However, if Plaintiff now wishes to **consent** to have a Magistrate Judge conduct all

1

further proceedings in this case the court shall send Plaintiff a new consent/decline form to complete and submit. If Plaintiff wishes to consent he should check the CONSENT box, sign the form, and return the form to the court. Plaintiff should only sign inside one of the boxes – consent or decline. If Plaintiff wishes to stay with his previous choice – to **decline** Magistrate Judge jurisdiction -- he does not need to submit anything further on this issue.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, filed on June 12, 2020, is RESOLVED;
2. The Clerk is directed to send Plaintiff a new consent/decline form; and
3. If Plaintiff wishes to change his choice from decline of Magistrate Judge jurisdiction to consent to Magistrate Judge jurisdiction, he should check the CONSENT box on the form, sign the form, and then return it to the court.

IT IS SO ORDERED.

Dated: **July 29, 2020**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE