1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUSER,<br><br>           Plaintiff,<br><br>     vs.<br><br>D. CROUNSE, et al.,<br><br>         Defendants. | No. 1:19-cv-00550-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE<br><br>(Doc. No. 18.)<br><br>ORDER |

William Rouser ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to state a cognizable claim.  (Doc. No. 18.)  On September 11, 2020, plaintiff filed objections to the findings and recommendations.  (Doc. No. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be

supported by the record and proper analysis.  Plaintiff's objections to not materially address the reasoning contained in the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations issued on August 24, 2020, (Doc. No. 18) are adopted in full;

2.    This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

3.    The Clerk of Court is directed to assign a district judge to this action and then to close this case.

IT IS SO ORDERED.

Dated:   __December 10, 2020__             _____
                                          UNITED STATES DISTRICT JUDGE